

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-95,790-01 & WR-95,790-02

### EX PARTE RINO REY ACOSTA, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 6607-A & 6606-A IN THE 100TH DISTRICT COURT FROM CHILDRESS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was originally placed on deferred adjudication for two separate offenses of burglary of a habitation. Later, he was adjudicated guilty and sentenced to twenty-five years' and fifty years' imprisonment. The Seventh Court of Appeals affirmed his convictions. *Acosta v. State*, Nos. 07-22-00149-CR & 07-22-00150-CR (Tex. App.—Amarillo Aug. 23, 2023) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was deprived of his right to file petitions for discretionary review. Based on the record, the trial court has determined that Applicant was deprived of his right to file

petitions for discretionary review and that Applicant would have timely filed petitions for discretionary review.

Relief is granted. Applicant may file out-of-time petitions for discretionary review of the judgments of the Seventh Court of Appeals in cause numbers 07-22-00149-CR & 07-22-00150-CR. Should Applicant decide to file petitions for discretionary review, he must file them with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 18, 2024
Do not publish